United States Magistrate Judge Karen L. Strombom

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL R. MCCUE, )<br>     )<br>          Plaintiff,     )<br>     )<br>vs.     )<br>     )<br>JO ANNE B. BARNHART,     )<br>Commissioner of Social Security,     )<br>     )<br>          Defendant.     ) | CIVIL NO. 05-5241FDB<br><br>ORDER FOR EXTENSION OF TIME TO<br>FILE REPLY BRIEF |

THIS MATTER having come on regularly before the undersigned upon Plaintiff's Stipulation for Extension of Time to File Reply Brief, it is hereby

ORDERED that Plaintiff shall have to and including August 31, 2005, to file Plaintiff's Reply Brief.

Dated this 15th day of August, 2005.

                                                                                                               s/ Karen L. Strombom
                                                                                                               Karen L. Strombom
                                                                                                               United States Magistrate Judge

Presented by:

S/Amy Gilbrough
Amy Gilbrough
Attorney for Plaintiff

ORDER FOR EXTENSION OF TIME                                                                           Elie Halpern & Associates, P.S.
TO FILE REPLY BRIEF – [05-5241FDB] - 1                                           1800 Cooper Point Road SW, Bldg. 19
                                                                                                                   Olympia, WA 98502
                                                                                                                   (360) 753-8055